**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: ESTATE OF KOREAN HARRINGTON, DECEASED | : | No. 156 MAL 2016 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: GAIL HARRINGTON | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

     **AND NOW**, this 19th day of July, 2016, the Petition for Allowance of Appeal is

**DENIED**.